IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JARED HOLLINGS AND EDRENA BELL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BOSE CORPORATION, <br><br> Defendant. | Case No. 1:22-cv-04250 <br><br> Honorable Gary Feinerman |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Jared Hollings and Edrena Bell, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Bose Corporation, with prejudice.

Dated: October 17, 2022

Respectfully submitted,

 /s/ Gary M. Klinger
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com

Brandon Wise
Adam Florek
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
bwise@peifferwolf.com
aflorek@peifferwolf.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 17, 2022 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

     *s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com