## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Jared Hollings, et al.
                        Plaintiff,

v.                                               Case No.: 1:22−cv−04250
                                                       Honorable Gary Feinerman

Bose Corporation
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiffs have filed a notice of voluntary dismissal [16], the terms of which are set forth therein. The status hearing set for 10/24/2022 [15] is stricken. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.